IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROBERT L. HAINES, )
)
    Plaintiff, )
)
v. ) CASE NO. CV409-069
)
CITY OF SAVANNAH and WILLIE )
T. YANCEY, II, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5) and Plaintiff's Objections (Doc. 7). After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation. Therefore, the Court **ADOPTS** as its Opinion the Report and Recommendation of the Magistrate Judge with the following modification: Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the **Clerk of Court** is **DIRECTED** to close this case.

SO ORDERED this 30th day of July, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA